UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-1321

RONALD E. ROSE,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  Glen M. Williams, Senior District Judge.  (CA-98-13-B)

Submitted:  August 31, 1999     Decided:  September 27, 1999

Before WILKINS, HAMILTON, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John P. Bradwell, SHORTRIDGE & SHORTRIDGE, Norton, Virginia, for Appellant.  James A. Winn, Chief Counsel, Region III, William B. Reeser, Assistant Regional Counsel, Office of the General Counsel, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania; Robert P. Crouch, Jr., United States Attorney, Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ronald E. Rose appeals the district court's order granting the Commissioner's motion for summary judgment in his complaint challenging the Commissioner's denial of his application for Supplemental Security Income.  We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error.  Accordingly, we grant Rose's motion to submit the case on briefs, and affirm on the reasoning of the district court.  See Rose v. Apfel, No. CA-98-13-B (W.D. Va. Jan. 27, 1999).

AFFIRMED

2